

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00275-CV

**IN RE** Margaret Hosseini **BROWDER**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: April 22, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator, Margaret Hosseini Browder, filed her petition for writ of mandamus and accompanying record on April 6, 2026. Browder filed a motion to dismiss the same day. The motion to dismiss is granted. The petition for writ of mandamus is dismissed.

PER CURIAM

---

[1]This proceeding arises out of Cause No. CVOC-20-0000101, styled *Margaret Hosseini Browder v. Armando Mendez*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable Dennis Powell presiding.